UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00325-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ORTIZ-VARELA, a/k/a Martin Varela,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set for **Tuesday, January 17, 2012, at 3:00 p.m., in Courtroom A-1002.**

    Dated: November 22, 2011