IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00325-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ORTIZ-VARELA,

    Defendant.

---

## MINUTE ORDER
_____
ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar the Supervised Release Violation Hearing set for Tuesday, January 17, 2012 at 3:00 p.m. is **VACATED and RESET** for **Tuesday, January 24, 2012 at 1:30 p.m.** in Courtroom A-1002.

    Dated: January 9, 2012